IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:26-MJ-00010-SAB |
| Plaintiff, | |
| v. | **ORDER UNSEALING PETITION FOR VIOLATION OF TERMS OF SUPERVISED RELEASE** |
| ARTHUR THEODORO CASASOLA, JR., | |
| Defendant. | |

The United States, having arrested the defendant, ARTHUR THEODORO CASASOLA, JR., ("Defendant"), on an arrest warrant and the need for sealing the Petition for Violation of Terms of Supervised release has ceased;

IT IS ORDERED that the PETITION FOR VIOLATION OF TERMS OF SUPERVISED RELEASE shall be unsealed as to Defendant.

IT IS SO ORDERED.

Dated:    **January 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge

UNSEALING ORDER